ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Brigid.Martin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>SIAOSI ALEAMOTUA,<br>    a/k/a Siaosi Namomo,<br><br>    Defendant. | NO. CR 18-452 JD<br><br>[~~XXXXXXXXX~~] [PROPOSED] ORDER RESETTING CHANGE OF PLEA HEARING TO JANUARY 16, 2019, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

Based on the parties' joint request that the Court vacate the current status hearing date and reset the matter for change of plea on January 16, 2019, and for good cause shown, IT IS HEREBY ORDERED that the appearance currently scheduled in this case on November 28, 2018, is VACATED, and the matter is RESET for change of plea on January 16, 2019, at 10:30 a.m.

    In addition, based on the assertions of the parties in the Stipulated Request, the Court finds that failing to exclude the time between November 19, 2018, and January 16, 2019, would unreasonably deny defendant continuity of counsel, and deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

[PROPOSED] ORDER
CR 18-452 JD                            1

1 | The Court further finds that the ends of justice served by excluding the time between November 19,
2 | 2018, and January 16, 2019, from computation under the Speedy Trial Act outweigh the best interests of
3 | the public and the defendants in a speedy trial.
4 |     Accordingly, IT IS HEREBY ORDERED that the time between November 19, 2018, and
5 | January 16, 2019, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §
6 | 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED: __11/20/18_____

_____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE