STEVEN G. KALAR
Federal Public Defender
Northern District of California
ANGELA MILELLA HANSEN
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Angela_Hansen@fd.org

Counsel for Defendant ALEAMOTUA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 18–0452 JD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING DATE TO APRIL 10, 2019, AND TO EXCLUDE TIME** |
| v. | |
| SIAOSI ALEAMOTUA, | |
| Defendant. | |

    The above-captioned matter is set on February 27, 2019, at 10:30 a.m., before this Honorable Court for a status hearing. The parties jointly request that the Court continue this matter to April 10, 2019, at 10:30 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), through April 10, 2019.

    Mr. Aleamotua is facing a charge of being a felon in possession of a firearm and assault on a federal officer. The parties have requested a protective order so that the government can produce records relating to the assault charge that will assist the parties in assessing the Guidelines for this alleged offense. For this reason, the parties request additional time for the defense to review these

STIPULATION AND [PROPOSED] ORDER, *ALEAMOTUA*, CR 18–0452 JD

1

records and to consider a settlement offer before the parties set a briefing schedule on any motions Mr. Aleamotua may file. For this reason, the defense will need additional time to review the new discovery, to investigate this case and to research and to assess the Guidelines.

The parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties further agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the parties agree that the period of time through April 10, 2019, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED: February 26, 2019 /S/
ANGELA MILELLA HANSEN
Assistant Federal Public Defender

DATED: February 26, 2019 /S/
BRIGID S. MARTIN
Assistant United States Attorney

**ORDER**

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the status hearing date of February 27, 2019, is vacated and reset for a status hearing on April 10, 2019, at 10:30 a.m. It is FURTHER ORDERED that time is excluded, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), through April 10, 2019.

_February 26, 2019
DATE

THE HON. JAMES DONATO
United States District Judge